DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VICTOR ROSAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2586

[October 19, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. 03-6987CF10A.

Terrence Moons, Jr. of the Law Office of Terrence Moons, Jr., P.A., Sunrise, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***